# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0126. BRIAN KEITH REDMAN v. THE STATE.

A jury found Brian Keith Redman guilty of aggravated child molestation, child molestation, and attempted child molestation. The trial court entered a final disposition on July 1, 2003, and this Court affirmed Redman's conviction in 2006. *Redman v. State*, 281 Ga. App. 605 (636 SE2d 680) (2006). On September 9, 2010, the trial court entered an order denying Redman's "Motion Declaring Adjudication of Sentence for Aggravated Child Molestation, etal to be 'A Mere Nullity' in Violation of OCGA Sections 17-2-2, etc." The trial court specifically found that Redman's claims were barred by time and without merit. Over two years later, on October 11, 2012, Redman filed a pro se application for discretionary appeal.[1] However, we lack jurisdiction to consider the application.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order at issue. See OCGA § 5-6-35 (d). Here, Redman is attempting to challenge an order entered by the trial court two years ago. We, therefore, lack jurisdiction. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) ("The requirements of O.C.G.A. § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."). Accordingly, this application is hereby DISMISSED as untimely.

---

[1] Redman initially filed his application in the Supreme Court, but it was transferred to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 11/27/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*